# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARITH LONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI[1]<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:21-cv-0733 JLT BAM<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF DARITH LONG AND AGAINST DEFENDANT KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY |

Darith Long and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) on June 27, 2022. (Doc. 23.) Pursuant to the terms of the stipulation, the matter shall be remanded for an ALJ issue a new decision. (*Id.* at 1.) The parties agree the ALJ shall "complete the administrative record, further evaluate Plaintiff's intellectual functioning, and further evaluate the medical opinion evidence." (*Id.*) Further, the parties stipulated judgment shall be entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner. (*Id.* at 1-2.)

///

---

[1] The action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).

1

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).
2. Plaintiff's opening brief in support of remand (Doc. 22) is terminated as **MOOT**.
3. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Darith Long and against Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **June 27, 2022**

UNITED STATES DISTRICT JUDGE