# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARITH LONG, | Case No.: 1:21-cv-0733 JLT BAM |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| v. | (Doc. 28) |
| KILOLO KIJAKAZI[1], Acting Commissioner of Social Security, | |
| Defendant. | |

On September 27, 2022, Darith Long and Kilolo Kijakazi, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $5,586.70 pursuant to the Equal Access to Justice Act. (Doc. 28.) Accordingly, the Court **ORDERS**:

1. Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** attorney's fees and expenses in the amount of $5,586.70 under 28 U.S.C. § 2412(d).

2. Plaintiff's motion for attorney fees (Doc. 26) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated: **September 28, 2022**

UNITED STATES DISTRICT JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).